RECEIVED
APR 23 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**Sunflower State Industrial Railway,**

**Petitioner**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

**v.**

**US Surface Transportation Board,**
**and the United States of America,**

**Respondants.**

Case: 1:26-cv-01433
Assigned To : Sooknanan, Sparkle L.
Assign. Date : 4/23/2026
Description: Pro Se Gen. Civ. (F-DECK)

## PETITION FOR REVIEW

**Sunflower State Industrial Railway, (hereinafter as: 'Sunflower') hereby Petitions the United States Court of Appeals for the District of Columbia Circuit, for Review of a Decision by Surface Transportation Board (hereinafter: 'STB')'. STB 'Decision' for Review is referenced: STB Docket No. FD 36714 (Sub #1).**

## CASE STATEMENT

**Basically, in March of 2025: Sunflower sought an Approval from the STB to operate as a 3 mile railway upon a railbanked ROW way that was railbanked in: ICC v. KCT Ry. - Aban. Examption - Franklin, Anerson and Allen Conuties, Kan, AB-335 (Sub # 2x). Note: KCT Ry no longer exists - so the re-activation rights evaporated when the entity quit as a business entity in Kansas. The ICC allowed the railway to be abandoned & the salvaged material: sold. STB refuses to allow Sunflower, who is a Private Railway, to operate on a this railbanked right of way, claiming the National Trails System Act: 16 USC §1247(d)] (hereinafter: 'Trails') ONLY allows a Common Carriage railway to use such right of ways. This could not be further from the truth! How can you explain NON Common Carriers presently using railbanked right of ways as: light rail, urban rail and yes - Amtrak too? STB holds a small amt or 'ministreal' oversight of railbanked ROWs & abused it here.**

**VENUE & AUTHORITY**

**Venue's proper for this Court @ 28 U. S. C. §2343 & Pursuant to Fed'l Rules of Appellate Procedure 15(c) & 28 USC § 2344. (STB's Final decision is attached). Under those cited statues: This Court is the proper Reviewing Authority for this. Sunflower's seeking the Court's Review on a Decision - that was contrary to laws the STB is suppose to follow. Why? STB has never approved ANY private railway that wasn't represented by Counsel. As STB Commissioner Michelle Schultz said: Between 2020 & 2022 - STB received 59 requests for permission to Abandon rail lines but only 9 seeking authority to build new ones (& didn't approve all of these).**

**RELIEF SOUGHT**

**Reopening the Railbanked Right of Way Decision (KCT Railway) and allowing Sunflower to build a 3 mile railway line to serve a 60 Million gallon a year ethanol plant would be a Just decision for all. STB has purposely denied Sunflower any/all efforts to realize serving the ethanol plant as a private railway. Makes zero sense. STB is Critical of All of Sunflower's filings. Howbeit, STB finds Nothing is positive! No letter of support by EKAE? Didn't need to provide it. EKAE's a Private Shipper & NOT under the STB's thumb. No letter of support by the UP RR? Didn't need to provide it. All Interchange issues per regulation are STB's to resolve. Grasping for straws, STB finally claims 'discretion'. Why not? Their flimsy halfbaked processing of Sunflower's Petition 'was DOA' anyway. Yet after beating up Sunflower saying it Provided little in the Petition to rule on (Actually, NONE of the items Raised by STB, were even matters for the STB to be even looking at!): STB finally decided it could not let Sumflower have access to a ROW that's ONLY for Common Carriers.**

**The Court should be aware that the STB's Feb 20, 2026 'Decision' - has an unlawful inclusion & those references Need to be Striken from the STB Decision! Specifically, ANY and ALL references to: 'Sunflower State Indus Ry v. STB No.**

**5:25-cv-04065' as the District Court's Dec 18th, 2025 DECISION clearly noted: 'The effect of filing the Notice of Dismissal (by Sunflower) pursuitant to Rule 41 (a)(1)(A)(i) is to leave the parties as though no action had been brought'. [See: Jansen, 321 F.3d at 1000]. And thus, the STB cannot 'cite a case' - that simply doesn't exist! STB Knew the Court's Decision of 12/18/2020 & yet included it in the 02/20/2026 Decision to win points w/ the Appeals Ct. ( So, Striking is Just)!**

## PRAYER FOR RELIEF

**STB's actions (as hereinabove) are arbitrary, capricious, an abuse of discretion, & otherwise not in accordance with law. Thus Sunflower's prayer for relief of the lop sided decision it rendered on 20 February 2026. The decision was & is unjust. Reasonable persons - should be able to get more respectful treatment from STB. Our country needs Better freight rail use. Personal bias at STB doesn't help that.**

**Respectfully Submitted:**
**April 18th, 2026**

**s/ Steve Gorsline, Mgr**

**SUNFLOWER STATE INDUSTRIAL RAILWAY**
**Box 245 - Colony, Ks. 66015-0245**
**SunflowerStateIndustrialRR@gmail.com**

**Prepared by:**
**Steve P. Gorsline, General Mgr**
**Sunflower State Industrial Ry.**